# EXHIBIT B



**Beaver Aplin.**
**Photograph by Jeff Wilson**

BUSINESS

# Buc-ee's: The Path to World Domination

Beaver Aplin built the quirky convenience chain into a
Texas empire. Will his tactics translate outside the state?

 **By Eric Benson**

**March 2019**

> ▶ *TM* Audio subscribers can listen to this article.

<u>Subscribe today</u> for audio stories, bonus podcast episodes, and much more. Already a
subscriber? <u>Log in</u>.

About a century ago, in central Louisiana, in the town of Harrisonburg, the
seat of Catahoula Parish, Arch and Mae Aplin opened a general mercantile
store. The Aplins sold everything—dried goods and leather shoes, medicine
and cotton shirts, cuts of beef and hammers and nails—and their store was
successful, in large part because of its location.

Harrisonburg sits on the western bank of the Ouachita River, and back then
the town was a hub for travelers. If you were heading east to Mississippi or
west into the Louisiana Hill Country, you had to traverse the Ouachita, and
the ferry that docked at the bottom of Main Street in Harrisonburg was one
of the only ways to do that. The Aplins' store stood on Main Street, just
inland from the ferry. No one crossing the river in either direction could miss
it.



THANK YOU FOR READING TEXAS MONTHLY

# Sign up to continue reading for free.

EMAIL ADDRESS

SIGN UP

Plus, enjoy our weekly newsletter highlighting latest stories.

Already a subscriber?   Log in

or

SUBSCRIBE NOW