# EXHIBIT C

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,419,559**

**Registered Jun. 18, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 35: Retail store services featuring convenience store items and gasoline

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

The mark consists of a cartoon image of a beaver head wearing a hat with a circle around it.

SER. NO. 98-018,660, FILED 05-30-2023



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,421,518**
**Registered Jul. 13, 2021**
**Int. Cl.: 18, 21, 28**
**Trademark**
**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

The mark consists of a cartoon image of a beaver head wearing a hat with a circle around it.

OWNER OF U.S. REG. NO. 4316461, 3246893, 4007064

SER. NO. 88-981,609, FILED 04-22-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,421,517**

**Registered Jul. 13, 2021**

**Int. Cl.: 18, 21, 28**

**Trademark**

**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

The color(s) yellow, red, brown, black and white is/are claimed as a feature of the mark.

The mark consists of the head of a brown and white beaver with a red tongue, black nose, white teeth, and black eyes wearing a red baseball cap with a brown, black, and white ear showing through the side of it. The beaver design is within a yellow circle that is outlined in black.

OWNER OF U.S. REG. NO. 4316461, 3246893, 4007064

SER. NO. 88-981,608, FILED 04-22-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,973,185**  BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
**Registered June 7, 2016**  LAKE JACKSON,, TX 77566

**Int. Cl.: 4**  FOR: MOTOR FUEL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

**TRADEMARK**

OWNER OF U.S. REG. NOS. 3,246,893, 4,007,064, AND 4,316,461.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 86-797,881, FILED 10-23-2015.

KERI CANTONE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,973,077**
**Registered June 7, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
LAKE JACKSON,, TX 77566

FOR: CREDIT CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-5-2014; IN COMMERCE 7-5-2014.

OWNER OF U.S. REG. NOS. 3,246,893, 4,007,064, AND 4,316,461.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 86-793,196, FILED 10-20-2015.

KERI CANTONE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,316,461**

**Registered Apr. 9, 2013**

**Int. Cls.: 16, 21, 25, 28, 29, 30, 31 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*[signature]*

Acting Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING

**Reg. No. 4,316,461** PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS , IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NOS. 3,246,893 AND 4,007,064.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 85-689,987, FILED 7-30-2012.

ELI HELLMAN, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,246,893**

**United States Patent and Trademark Office**    Registered May 29, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BUC-EE'S, LTD. (TEXAS LIMITED PARTNER-
SHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: RETAIL STORE SERVICES FEATURING
CONVENIENCE STORE ITEMS AND GASOLINE, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE COLOR(S) YELLOW, RED, BROWN, BLACK
AND WHITE IS/ARE CLAIMED AS A FEATURE OF
THE MARK.

THE MARK CONSISTS OF A BROWN AND
WHITE BEAVER HEAD WEARING A RED BASE-
BALL CAP WITHIN A YELLOW CIRCLE ALL OUT-
LINED IN BLACK.

SER. NO. 78-854,772, FILED 4-5-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY