# EXHIBIT D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

_____

Buc-ee's, LTD.,                )
                               )
Opposer,                       )
                               )
                               )
v.                             ) Opposition No. 91300361
                               )
Teddy's Market, LLC,           )
                               )
Applicant.                     )
_____)

- - -

30(b)(6) Deposition of

Karan Ahuja

as Corporate Representative of
Teddy's Market, LLC
and in the Individual Capacity

(Taken by the Opposer)

Atlanta, Georgia

March 10, 2026

Reported by: Jacqueline Frazier
             Certified Court Reporter
             Georgia
             License No. 5465-2647-6265-0624

mean not with the name Teddy's Market or with the logo?

A    No, with the name, but not with the logo.

Q    So additional locations of Teddy's Market but with a --

A    Yes.

Q    -- a different logo?

A    No logo.

Q    Where are the additional locations you're looking at?

A    Not locations.  It's just one location off in Glenwood Road in Decatur.

Q    And what steps have you taken so far?

A    Just -- this is a lease location.  We leased it, and it's just going to say Teddy's Market outside. No characters.

Q    Has an LLC been formed already?

A    Yes.

Q    What's the name of it?

A    3843 TM, LLC.

Q    You said 3843 TM?

A    TM, LLC.

Q    Has Teddy's Market taken any material steps towards launching Teddy's Market private-labeled food items?