# EXHIBIT E



NEWS    WEATHER    STREAM NOW    2 INVESTIGATES    SPORTS    TRIPLE TEAM TRAFFIC    COMMUNITY    HOUSE 2 HOME    STEALS AND DEALS

DESTINATIONS DISCOVERED

72°     WATCH

WSB Now
 Latest Local
News

Resize:

Newscast covering important local topics and events

Drag to Resize Video

ATLANTA

# Georgia lawmakers recognize March 20 as 'Buc-ee's Day' at state Capitol



+ Caption

By **Sam Sachs, WSBTV.com**

March 20, 2025 at 3:26 pm EDT

   

By **Sam Sachs, WSBTV.com**

March 20, 2025 at 3:26 pm EDT

ATLANTA — Among the slew of legislative items passing through the Georgia General Assembly, **lawmakers took time out of their schedule** to declare March 20 a special holiday at the Capitol.

Going forward, members of the Georgia House of Representatives declared March 20 "Buc-ee's Day," in honor of the popular, and lucrative, beaver-themed gas station, food stop and pop culture standout.

So far, there are two Buc-ee's locations in Georgia, with two more on the way.

ADVERTISEMENT



Training from Cobb
organization addresses...

Discover

Thanking the company for their role as a strong partner in the community, state lawmakers praised the Texas brand's features and offerings, from beef jerky to slushies to extraordinarily clean bathrooms.

[DOWNLOAD: **Free WSB-TV News app for alerts as news breaks**]

**TRENDING STORIES:**

- **UGA student's smiling mugshot breaks the internet**
- **Georgia Tech student realizes his classmate is the doctor who delivered him**
- **Extremely emaciated puppy abandoned near Cobb home in freezing weather**

Rep. Bethany Ballard of Houston County referred to the Warner Robins Buc-ee's location, the first in the state, as a landmark, showing how the company writ large is a valued community partner with good jobs and good benefits for employees.

Ballard said that while right now the state only has the locations in Warner Robins and Calhoun, two more were coming to Monroe County and New Brunswick.

Speaking on behalf of the company, Buc-ee's Senior Director of Operations Richard Sebastian kept his speech brief, thanking Georgia for being the first state, of the nine they're currently in, to have an official "Buc-ee's Day" at the Capitol.

He mentioned how Buc-ee's performed in Georgia and said he could "sum it up in three words: Buc-ee's loves Georgia!"

[SIGN UP: **WSB-TV Daily Headlines Newsletter**]

**MORE FROM THE STATE CAPITOL**

- **What new GA laws are in effect as of July 1, 2025?**
- **Bill to dissolve Barrow Co. Airport Authority heads to Kemp, but county, Winder officials divided**
- **Georgia 2025 legislative session ends with an early exit**
- **SINE DIE: Senate adjourns early as last day of Georgia legislative session comes to an end**
- **Lawmaker adds last-minute proposal to exiting bill that could limit access to some public records**

*©2025 Cox Media Group*



**0** Join the Conversation    View Comments

Tuesday: IRS Forgives Millions In Tax Debt Before April Tax Deadline
Fresh Start Information | Sponsored                    Learn More

Looking For The Best Car Insurance Rates?
SmartFinancial | Sponsored                    Learn More

Doctors Can't Explain Why This $35 Gut Trick Outperforms Every Diet on the Market
Holistic Wellness Journal | Sponsored                    Read More

Top Memory Experts: Avoid These 3 Foods Like the Plague
Cognitive Lane | Sponsored                    Learn More

Foot Neuropathy Is Connected to One Everyday Drink. Do You Consume It?
Neuropathy Support | Sponsored                    Learn More