**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BUC-EE'S, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> TEDDY'S MARKET, LLC; 149 TM, LLC; 149 PROMINENCE, LLC; 3010 TM, LLC; BALLGROUND TM, LLC; 3843 TM, LLC; 3843 GLENWOOD RE, LLC; KARAN AHUJA; and MICKEY KAPOOR, <br><br> *Defendants*. | CIVIL ACTION FILE NO.: <br> 1:26-cv-02478-VMC |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT
PRELIMINARY REPORT AND DISCOVERY PLAN**

Pursuant to Local Rule 7.4 and Local Rule 16.2, Plaintiff Buc-ee's, Ltd. and

Defendants Teddy's Market LLC, 149 TM LLC, 149 Prominence LLC, 3010 TM

LLC, Ballground TM LLC, 3843 TM LLC, 3843 Glenwood RE LLC, Karan Ahuja,

and Mickey Kapoor (collectively, the "Parties") file this Joint Motion for an

extension of time of the deadline for the Parties to file their Joint Preliminary Report

and Discovery Plan ("JPRDP"), and state the following in support:

1.     The Parties met and conferred in a Rule 26(f) conference as required

under Local Rule 16.1.

1

2.      The Parties' deadline to file their JPRDP is currently July 27, 2026.

3.      On Friday, July 17, 2026, Plaintiff filed its First Amended Complaint.

4.      Given that Defendants have not yet responded to Plaintiffs' First Amended Complaint, the Parties agree that waiting to complete their JPRDP until after Defendant has answered the First Amended Complaint will be the most efficacious use of both parties' time and resources.

5.      Accordingly, the Parties jointly move this Court for an Order extending the deadline to submit their JPRDP under Local Rule 16.2 until 30 days after Defendants have answered Plaintiff's First Amended Complaint.

6.      The Parties do not make this request for the purpose of delay but instead to narrow the issues that will be disputed and conserve resources.

7.      A proposed order granting the relief sought is attached to this Motion.

Dated:  July 22, 2026                          Respectfully submitted,

**KENT & RISLEY LLC**                    **GREENBERG TRAURIG, LLP**


*/s/ Daniel A. Kent*                              */s/ Jake Evans*
Daniel A. Kent                                    Jake Evans
Georgia Bar Number 415110                         Georgia Bar No. 797018
5755 N Point Pkwy Ste 57                          Terminus 200
Alpharetta, GA 30022                              3333 Piedmont Road NE, Suite 2500
Tel: (404) 585-4214                               Atlanta, Georgia 30305
Fax: (404) 829-2412                               P: (678) 553-2100
dankent@kentrisley.com                            F: (678) 553-2212
                                                  Jake.Evans@gtlaw.com

*Counsel for Defendants*

                                                  *Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of July 2026, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronic Notices of Electronic Filing.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
Jake Evans
Georgia Bar No. 797018
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com