**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

BUC-EE'S, LTD.,

*Plaintiff*,

v.

TEDDY'S MARKET, LLC; 149 TM, LLC; 149 PROMINENCE, LLC; 3010 TM, LLC; BALLGROUND TM, LLC; 3843 TM, LLC; 3843 GLENWOOD RE, LLC; KARAN AHUJA; and MICKEY KAPOOR,

*Defendants*.

CIVIL ACTION FILE NO.:
1:26-cv-02478-VMC

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

After considering the parties' Joint Motion for Extension of Time to File Joint Preliminary Report and Discovery Plan (the "Motion") and the good cause set forth therein, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that the parties' Motion is Granted. The parties shall submit their Joint Preliminary Report and Discovery Plan 30 days after the Defendants have answered Plaintiff's First Amended Complaint.

It is so **ORDERED** this 30th day of July.

HonorableVictoria Marie Calvert
United States District Judge