**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **BUC-EE'S, LTD.,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**TEDDY'S MARKET, LLC; 149 TM, LLC; 149 PROMINENCE, LLC; 3010 TM, LLC; BALLGROUND TM, LLC; 3843 TM, LLC; 3843 GLENWOOD RE, LLC; KARAN AHUJA; and MICKEY KAPOOR,**<br><br>***Defendants*.** | **CIVIL ACTION NO. 1:26-cv-2478-VMC** |

**UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF BUC-EE'S, LTD. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rule 7.4, Plaintiff Buc-ee's, Ltd. ("Plaintiff" or "Buc-ee's") files this Motion for an extension of time of the deadline for Buc-ee's to file a response to Defendants' Amended Counterclaims, and states the following in support:

1. Defendants filed their Answer, Defenses, and Counterclaims on July 31, 2026. Plaintiff responded by moving to dismiss Defendants' Counterclaims on September 4, 2026.

2. In response to Plaintiff's motion to dismiss, Defendants filed their First Amended Answer, Defenses, and Counterclaims on September 18, 2026.

3. The parties met and conferred regarding whether Defendants' Amended Counterclaims mooted Plaintiff's pending motion to dismiss on September 25, 2026. Plaintiff filed a notice of withdrawal of the pending motion to dismiss without prejudice on September 30, 2026.

4. Plaintiff's deadline to respond to Defendants' First Amended Answer, Defenses, and Counterclaims is currently October 2, 2026. That deadline has not yet passed.

5. Counsel for Buc-ee's needs additional time to properly evaluate and respond to Defendants' First Amended Answer, Defenses, and Counterclaims.

6. Counsel for Buc-ee's has conferred with Defendants' counsel, and Defendants' counsel does not oppose this Motion.

7. For the foregoing reasons, Buc-ee's requests that this Court extend the deadline for Buc-ee's to file its response to Defendants' First Amended Answer, Defenses, and Counterclaims by one-week, to October 9, 2026.

8. Buc-ee's does not request this extension for the purpose of delay.

9. A proposed order granting the relief sought is attached to this Motion.

Dated: September 30, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*<u>/s/ Jake Evans</u>*
Jake Evans
Georgia Bar No. 797018
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Counsel for Buc-ee's, Ltd.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of September 2026, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronic Notices of Electronic Filing.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*

Jake Evans
Georgia Bar No. 797018
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com