UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BUC-EE'S, LTD.,

Plaintiff,

v.

TEDDY'S MARKET LLC,
149 TM LLC,
149 PROMINENCE LLC,
3010 TM LLC,
BALLGROUND TM LLC,
3843 TM LLC,
3843 GLENWOOD RE LLC,
KARAN AHUJA, and
MICKEY KAPOOR,

Defendants.

Civil Action No. 1:26-cv-2478-VMC

JURY TRIAL DEMANDED

**JOINT CONSENT MOTION FOR THIRD EXTENSION OF TIME FOR DEFENDANTS TO RESPOND IN OPPOSITION TO PLAINTIFF'S [42] MOTION TO DISMISS COUNTERCLAIMS AND [43] MOTION TO STAY DISCOVERY RE COUNTERCLAIMS V AND VI**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties jointly and by consent move for an order granting all Defendants an extension of time of thirty (30) days, up to and including December 14, 2026, to respond in opposition to Plaintiff's [42] Motion to Dismiss Counterclaims and [43] Motion to Stay Discovery re Counterclaims V and VI, filed on October 9, 2026.

In support of this motion, the parties show as follows:

1. On November 5, 2026, Counsel for Plaintiff informed Counsel for Defendants that Plaintiff intends to file a motion for leave to file a second amended complaint, which Plaintiff expects to file by November 13, 2026.

2. Upon the Court's acceptance of Plaintiff's motion for leave to amend and the filing of Plaintiff's second amended complaint, Defendants will have 21 days to answer, move, or otherwise plead in response to Plaintiff's second amended complaint.

3. Because Plaintiff's proposed second amended complaint and Defendants' answer and counterclaims in response to the second amended complaint will moot Plaintiff's pending [42] motion to dismiss counterclaims and [43] motion to stay discovery re counterclaims V and VI, Plaintiff has agreed to withdraw these motions without prejudice upon the Court's acceptance of Plaintiff's motion for leave to amend and the filing of Plaintiff's second amended complaint.

4. Defendants have agreed not oppose Plaintiff's motion for leave to amend the complaint based on this requested extension of time and Plaintiff's agreement to withdraw its pending [42] motion to dismiss counterclaims and [43] motion to stay discovery re counterclaims V and VI upon the filing of Plaintiff's second amended complaint.

5. In order to allow sufficient time for Plaintiff to seek leave to amend its complaint and withdraw its motions, and for Defendants to file their answer and counterclaims in response, the parties jointly and by consent respectfully request that the deadline by which Defendants must respond in opposition to Plaintiff's pending [42, 43] motions be extended by 30 days, from November 13, 2026 through and including December 14, 2026.

6. The Court has twice previously extended the deadline to respond to Plaintiff's [42] Motion to Dismiss Counterclaims and [43] Motion to Stay Discovery re Counterclaims V and VI (for a total extension of three weeks beyond the original deadline), such that the current deadline for Defendants' responses is also November 13, 2026, the same day by which Plaintiff is expected to seek leave to file its second amended complaint.

7. The requested extension sought by this joint motion is not for purposes of delay but is sought instead to avoid preparing and filing oppositions to motions that will be mooted by Plaintiff's second amended complaint and Defendants' answer and counterclaims in response to it. The requested extension will also ensure that if Plaintiff's motions are renewed they are based on the parties' pleadings in place at the time the motions are filed.

8. A proposed order is attached.

Jointly and respectfully submitted, this 11th[th] day of November 2026.

/s/*Jake Evans (w/ permission)*
Jake Evans
Georgia Bar No. 797018
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

Counsel for Plaintiff

/s/*Olivia E. Marbutt*
Daniel A. Kent
Georgia Bar No. 415110
dankent@kentrisley.com
Tel: (404) 585-4214
Fax: (404) 829-2412
Stephen R. Risley
Georgia Bar No. 606545
steverisley@kentrisley.com
Tel: (404) 585-2101
Fax: (404) 389-9402
Samuel J. Najim
Georgia Bar No. 534209
samnajim@kentrisley.com
Tel: (404) 855-3866
Fax: (404) 806-7126
Olivia E. Marbutt
Georgia Bar No. 141255
oliviamarbutt@kentrisley.com
Tel: (404) 855-3865
Fax: (770) 538-1715

KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1B and 7.1D, this certifies that the foregoing document has been prepared with Times New Roman 14 point font.

This 11th day of November 2026.

/s/*Olivia E. Marbutt*
Olivia E. Marbutt